AO 245 S (REV. 4/90) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Western District of North Carolina

UNITED STATES OF AMERICA

V.

CHARLENE HOYLE
(Name of Defendant)

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:92CR220-05-P

Rodney S. Toth

Defendant's Attorney  (retained ___ / appointed _x_ )

**THE DEFENDANT:**

_x_ pleaded guilty to count(s) _1_
___ was found guilty on count(s) _____ after a plea of not guilty.
Accordingly, the Defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title and Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 18:371 | Conspiracy to commit offense against U.S. | Oct. 1991 | 1 |

The Defendant is sentenced as provided in pages 2 through _5_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The Defendant has been found not guilty on count(s) _____, and is discharged as to such count(s).
___ Count(s) _____ (is)(are) dismissed on the motion of the United States.
_x_ It is ordered that the Defendant shall pay a special assessment of $ _50_, for count(s) _1_, which shall be due _X_ immediately ___ as follows:

**IT IS FURTHER ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 6-1-50

Defendant's Mailing Address:

6201-H Dovetree Lane
Charlotte, NC 28213

Certified to be a true and correct copy of the original.
U. S. District Court
Thomas J. McGraw, Clerk
Western Dist. of N. C.
By _M Barry_
Deputy Clerk
Date: 15 Apr 1993

Date of Imposition of Sentence: April 1, 1993

_____
Signature of Judicial Officer

ROBERT D. POTTER, U.S. DISTRICT JUDGE

Date: April 1, 1993



Defendant: Charlene Hoyle
Case Number: 3:92CR220-05

Judgment-Page 2 of 5

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>EIGHT (8) MONTHS</u>.

___ The Court makes the following recommendations to the Bureau of Prisons:

___ The Defendant is remanded to the custody of the United States Marshal.
___ The Defendant shall surrender to the United States Marshal for this District,
    ___ at ___ a.m. / p.m. on _____.
    ___ as notified by the United States Marshal.

x___ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
    ___ before 2 p.m. on _____.
    x___ as notified by the United States Marshal.
    ___ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
    Deputy Marshal

Defendant: Charlene Hoyle
Case Number: 3:92CR220-05

Judgment-Page 3 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the Defendant shall be on supervised release for a term of THREE (3) YEARS.

While on supervised release, the Defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The Defendant shall comply with the standard conditions that have been adopted by this Court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the Defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The Defendant shall comply with the following additional conditions:

- [X] The Defendant shall report in person to the Probation Office in the District to which the Defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

- [X] The Defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

- [X] The Defendant shall not possess a firearm or destructive device.

- [ ] The Defendant shall submit to drug testing, treatment and aftercare as directed by the Probation Office.

- [ ] The Defendant shall provide access to financial information to the Probation Office.

- [ ] The Defendant shall reimburse the Government for costs of court-appointed counsel.
- [X] Not incur any new credit without permission of U.S. Probation Office

## STANDARD CONDITIONS OF SUPERVISION

While the Defendant is on supervised release pursuant to this Judgment, the Defendant shall not commit another federal, state or local crime. In addition:

1) the Defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the Defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the Defendant shall support his or her dependents and meet other family responsibilities;

5) the Defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the Defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7) the Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the Defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the Defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the Defendant shall notify third parties of risk that may be occasioned by the Defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the Defendant's compliance with such notification requirement.

Defendant: Charlene Hoyle
Case Number: 3:92CR220-05

Judgment-Page 4____ of 5____

## RESTITUTION AND FORFEITURE

### RESTITUTION

__X__ The Defendant shall make restitution to the following persons in the following amounts:

| **Name of Payee** | **Amount of Restitution** |
|---|---|
| United Student Aid Fund<br>PO Box 6180<br>Indianapolis, IN 46202-6180 | $16,242.34 |
| Higher Education Assistance Foundation<br>Suite 500<br>85 East Seventh Place<br>St. Paul, MN 55101-2173 | $4,804.25 |

Payments of restitution are to be made to:

___ the United States Attorney for transfer to the payee(s).

___ the payee(s).

__X__ the Clerk of Court to be disbursed as directed by the United States Attorney.

Restitution shall be paid:

___ in full immediately.

___ in full not later than _____.

___ in equal monthly installments over a period of ____ months. The first payment is due on the date of this Judgment. Subsequent payments are due monthly thereafter.

__X__ in installments according to the schedule of payments as prepared by the Probation Office.

___ in installments according to the following schedule of payments:

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

---

### FORFEITURE

_____ The Defendant is ordered to forfeit the following property to the United States:

Defendant: Charlene Hoyle  
Case Number: 3:92CR220-05

Judgment-Page 5 of 5

## STATEMENT OF REASONS

x    The Court adopts the factual findings and guideline application in the presentence report.

**OR**

___ The Court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: 10

Criminal History Category: I

Imprisonment Range: 6 to 12 months

Supervised Release Range: 2 to 3 years

Fine Range: $2,000 to $20,000

x    Fine is waived or is below the guideline range, because of the Defendant's inability to pay.

Restitution: $21,046.59

___ Full restitution is not ordered for the following reason(s):

x    The sentence is within the guideline range, that range does not exceed 24 months, and the Court finds no reason to depart from the sentence called for by application of the guidelines.

**OR**

___ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

**OR**

The sentence departs from the guideline range

___ upon motion of the government, as a result of Defendant's substantial assistance.

___ for the following reason(s):